IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**OTIS D. GIPSON** **PETITIONER**
**ADC #080856**

v. Case No. 4:19-CV-00849-BRW-JTK

**DEXTER PAYNE,** *Director*,
**Arkansas Department of Correction** **RESPONDENT**

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After careful review, the Court concludes that the findings and recommendations should be, and are hereby, approved and adopted as this Court's findings in all respects in their entirety. Judgment will be entered accordingly. A certificate of appealability will not issue.

IT IS SO ORDERED this 15th day of April, 2020.


Billy Roy Wilson_____
UNITED STATES DISTRICT JUDGE