IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**OTIS D. GIPSON**　　　　　　　　　　　　　　　　　　　　　　　**PETITIONER**
**ADC #080856**

v.　　　　　　　Case No. 4:19-CV-00849-BRW-JTK

**DEXTER PAYNE,** *Director*,
**Arkansas Department of Correction**　　　　　　　　　　　　　　　**RESPONDENT**

## JUDGMENT

Gipson's petition for a writ of habeas corpus is dismissed with prejudice.

IT IS SO ORDERED this 15th day of April, 2020.

　　　　　　　　　　　　　　　　　　　　　Billy Roy Wilson_____
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE